

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Eric SELIO,<br><br>Defendant. | Case No.: **18MJ10982**<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on October 24, 2018, to determine whether the defendant, Eric SELIO, should be held in custody pending trial on the grounds that he is a flight risk. Special Assistant U.S. Attorney Kaitlin Tracey appeared on behalf of the United States. James Johnson of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services' report, and the criminal complaint issued against the Defendant on October 19, 2018, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions required will reasonably assure the appearance of the Defendant.

# I

# FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

1. The Defendant is charged in Criminal Complaint No. 18MJ10982 with the importation of 38.35 kilograms (84.55 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2. The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C.§ 801, et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. <u>See</u>, 18 U.S.C. § 3142(e).

3. The offense carries with it a minimum mandatory sentence of 10 years and a maximum sentence of life. <u>See</u>, 21 U.S.C. § 960(b)(1)(H). According to the United States Sentencing Guidelines, the Base Offense level is 36. <u>See</u>, USSG § 2D1.1(c)(2).

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

1. On October 18, 2018, at approximately 9:45 a.m., Eric SELIO (SELIO), a United States citizen, presented himself for inspection at the Andrade, California Port of Entry at vehicle lane two. SELIO was the driver and sole occupant of a gold 2005 Lexus bearing an Indiana license plate. SELIO was also the registered owner of the vehicle. SELIO told Customs and Border Protection Officer (CBPO) Kelleher that he went to Algodones, Mexico to pick up cold medication.

2. SELIO identified himself by presenting a photocopy of his Texas driver's license that had the last name VANDERBILT and a receipt for a United States passport. CBPO Kelleher referred SELIO to secondary for further inspection.

3. A Canine Enforcement Officer (CEO) was requested to conduct a sweep of the vehicle with his assigned Human and Narcotics Detector Dog (HNDD). The HNDD gave a positive alert to the passenger side rear door. CBPOs removed the panels on all four

2

doors and observed several packages concealed inside the factory void. Packages were also found inside the spare tire and concealed in the factory void of the trunk area. The packages were removed and field tested which resulted in a positive test for methamphetamine. A total of 80 packages of methamphetamine weighing approximately 38.35 kilograms (84.55 pounds) was removed from the vehicle.

4. SELIO was advised of his rights per Miranda. SELIO stated he understood his rights and admitted he knew the drugs were concealed in his vehicle. SELIO stated he was smuggling drugs to help a family member of his girlfriend.

C. History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3)):

1. Defendant is a citizen of the United States.

2. Defendant resides in Yuma, Arizona.

D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)):

1. The government proffered no evidence to suggest that release of the Defendant would pose a danger to any person or the community. Defendant does has the following criminal history:

| Date | Offense | Sentence |
|---|---|---|
| 05/04/2004 | Driving while license suspended | 10 days |
| 12/03/2004 | Fail to ID Fugitive Intent Give False Info | 3 days |
| 06/03/2005 | Possession of controlled substance | 8 months |
| 08/22/2011 | Possession of controlled substance | 3 years probation |

II

**REASONS FOR DETENTION**

A. There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint No. 18MJ10982, to wit: the importation of 38.35 kilograms (84.55 pounds) of a mixture or substance containing a detectable amount of

methamphetamine in violation of Title 21, U.S.C., §§ 952 and 960.

B. The Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. Therefore, he has a strong motive to flee.

C. The Defendant has not rebutted the presumption, based upon the Court's findings, that no condition or combination of conditions will reasonably assure the appearance of the Defendant at future court proceedings. See, 18 U.S.C. § 3142 (e).

## III

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

///

///

///

///

///

///

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 10/31/18

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ADAM L. BRAVERMAN
United States Attorney

_____
Kaitlin Tracey
Special Assistant U.S. Attorney

cc: James Johnson
    Federal Defenders of San Diego, Inc.